IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD CAMP,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **CITY OF PHILADELPHIA, and PHILIP NORDO,**<br>　　　　　**Defendants.** | **NO.  19-852** |

# O R D E R

**AND NOW**, this 19th day of July, 2019, it having been reported that the issues between the parties in the above action have been settled, **IT IS ORDERED** as follows:

1. Defendant Philip Nordo's Motion to Stay Proceedings Pending the Disposition of Commonwealth v. Nordo, CP-51-CR-0001856-2019 is **DENIED AS MOOT**; and,

2. Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　　　────────────────────
　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**